UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 3Y  /  D.C.

05 MAY 24  PM 12: 09

ROBERT  R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

JOE BERKLEY,

    Plaintiff,

vs.  Civil Action No. 05-2341 BV

THE PICTSWEET COMPANY,

    Defendant.

## ORDER TRANSFERRING FILE

This cause came to be heard on Plaintiff's Motion to Transfer File and the entire record in this cause, from all of which the Court finds that Plaintiff's Complaint should have been filed in the Eastern Division of the Western District of Tennessee, but was inadvertently filed in the Western Division of said Court.

IT IS THEREFORE ORDERED that the above-captioned file shall be transferred in its entirety to the Eastern Division of the Western District of Tennessee.

                        DISTRICT JUDGE J. DANIEL BREEN

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02341 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Jason R. Creasy
WILKERSON GAULDIN & HAYES
112 W. Court Street
Dyersburg, TN 38025--022

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

Honorable J. Breen
US DISTRICT COURT