**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

FILED BY _____ D.C.
05 AUG 29 AM 8: 46
CLERK U.S. DISTRICT COURT
W/D OF TN. JACKSON

JOE BERKLEY,                          )
                                      )
    Plaintiff,                    )
                                      )
v.                                    )          Civil Action No. 05-2341-T/An
                                      )
THE PICTSWEET COMPANY,                )
                                      )
    Defendant.                    )

---

## RULE 16(b) SCHEDULING ORDER

---

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):** September 13, 2005

**JOINING PARTIES:**

    for Plaintiff:    October 31, 2005
    for Defendant:   November 30, 2005

**AMENDING PLEADINGS:**

    for Plaintiff:    October 31, 2005
    for Defendant:   November 30, 2005

**COMPLETING ALL DISCOVERY:**    March 13, 2006

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES AND**
            **REQUESTS FOR ADMISIONS:**  March 13, 2006

    (b)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**
            (i)   Plaintiff's Experts: January 15, 2006

            (ii)  Defendant's Experts: February 14, 2006
            (iii) Supplementation under Rule 26(e):  10 days after Defendant's
                                                disclosure



(c) **DEPOSITIONS OF EXPERTS:**   March 13, 2006

**FILING DISPOSITIVE MOTIONS:**   April 12, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

(a)   for Plaintiff:   May 29, 2006
(b)   for Defendant: June 13, 2006

Parties shall have ___10___ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last <u>four</u> days and is **SET** for **JURY TRIAL** on July 12, 2006 at **9:30 A.M.** A joint pretrial order is due on June 30, 2006. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing parting in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _August 26, 2005_

APPROVED AS TO FORM:

WILKERSON, GAULDIN, HAYES & JENKINS
P.O. Box 220, 112 West Court Street
Dyersburg, Tennessee 38025-0220
Telephone:     (731) 286-2401
Telefax:         (731) 286-2294

By: _Jason R. Creasy   w/ permission   RGfC_
Jason R. Creasy (Tenn. #19759)
William Lewis Jenkins, Jr. (Tenn. #17423)

Counsel for Plaintiff

FORD & HARRISON, LLP
795 Ridge Lake Blvd., Suite 300
Memphis, Tennessee 38120
Telephone:     (901) 291-1500
Telefax:         (901) 291-1501

By: _____
N. Victoria Holladay (Tenn. #18487)
Raanon Gal (Tenn. #23634)

Counsel for Defendant

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in
case 2:05-CV-02341 was distributed by fax, mail, or direct printing on
August 30, 2005 to the parties listed.

---

William Lewis Jenkins
WILKERSON GAULDIN & HAYES
112 West Court St.
Dyersburg, TN 38025--022

Jason R. Creasy
WILKERSON GAULDIN & HAYES
112 W. Court Street
Dyersburg, TN 38025--022

Raanon Gal
FORD & HARRISON LLP
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

N. Victoria Holladay
FORD & HARRISON, LLP
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38138--137

Honorable James Todd
US DISTRICT COURT